## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:15CR247** |
| **vs.** | |
| **BLAYNE L. MCCROY,** | **ORDER** |
| **Defendant.** | |

This matter is before the court on the defendant's request for copies of his docket sheet and other documents.  **See** Filing No. 185.  The defendant states he does not have funds to pay for the copies.  *Id.*  The defendant pleaded guilty and was sentenced, after which the court entered judgment on August 10, 2016.  **See** Filing No. 183.  Other than this motion for copies, the defendant has no motions or open cases pending before this court, and the defendant makes no showing as to why he needs the copies. Accordingly, without a pending appeal or some showing of need for the documents, the court is not inclined to order copies of documents made at government expense.

The defendant does not have the right to receive copies of documents at government expense, even if he has leave to proceed in forma pauperis.  **See** 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). An indigent defendant bringing a postconviction proceeding under 28 U.S.C. § 2255 may obtain a transcript without expense, if the court determines the motion is not frivolous and the transcript is necessary to decide the issue presented by the motion. **See** 28 U.S.C. § 753(f); s**ee also** *Chapman v. United States*, 55 F.3d 390, 390-91 (8th Cir. 1995) (stating any request for a free transcript prior to the filing of a 28 U.S.C. § 2255 motion is premature).

Nevertheless, the defendant may pay for the copies he requested at the established rate of 50¢ each page.  The defendant asks for a copy of his docket sheet, which is less than ten pages (unless he seeks the full docket sheet including the filings of co-defendants), and his Judgment (Filing No. 183), which is seven pages.  The Statement of Reasons (Filing No. 184), which is four pages, was used for sentencing but is not part of the plea agreement and is sealed.  The Statement of Reasons may not be copied without entry of an order by the presiding judge.  Under these circumstances,

**IT IS ORDERED**:
The defendant's request for copies (Filing No. 185) is denied.

Dated this 9th day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge